**DISMISS; and Opinion Filed October 22, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00937-CV

### STALLION AUTO SALES INC., Appellant
### V.
### THEODORE HARRISON, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03004-C**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore and Lewis
Opinion by Justice Lewis

This appeal, from the trial court's default judgment, was filed July 9, 2013 by Nidal Alzuraqi on behalf of appellant Stallion Auto Sales, Inc.'s. Because a corporation may appear and be represented in court only by a licensed attorney, and our records do not reflect Alzuraqi is an attorney, we directed Stallion to have counsel file an amended notice of appeal no later than September 27, 2013. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Globe Leasing, Inc. v. Engine Supply & Mach. Serv.*, 437 S.W.2d 43, 45 (Tex. Civ. App.—Houston [1st Dist.] 1969, no writ) (notice of appeal filed by corporate representative who is not a licensed attorney is of no effect). We cautioned Stallion that failure to file the amended notice of appeal within the prescribed period of time would result in dismissal of the appeal. To date, Stallion has not filed an amended notice of appeal or otherwise

indicated it is represented by counsel.  Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/David Lewis/
DAVID LEWIS
JUSTICE

130937F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STALLION AUTO SALES, INC.,
Appellant

No. 05-13-00937-CV          V.

THEODORE HARRISON, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-03004-C.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Theodore Harrison recover his costs, if any, of this appeal from appellant Stallion Auto Sales, Inc.

Judgment entered this 22nd day of October, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE